UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CARMELO ARAGON,

                                                Plaintiff,

-against-

FAROOQ A. SHAH, SYED A. RAHMAN, SULMAN SHAH, DISCOUNT VALLEY INC., and DVS TRADING INC.,

                                              Defendants.

**MEMORANDUM AND ORDER**
22-cv-7536 (ST)

**TISCIONE, United States Magistrate Judge:**

On July 11, 2024, this Court approved a motion for settlement, finding the terms of the settlement were fair and reasonable and otherwise satisfy the factors set forth in *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012). *See* ECF No. 29. The settlement provides Defendants pay Plaintiff $20,000 in ten consecutive monthly payments of $2,000. *See* Settlement Agreement and Release ¶ 1(a), ECF No. 31-1 The payments were to commence 30 days after this Court approved the settlement. *Id*.

Paragraph 2(b) provides that in the event of Defendants' default or failure to make timely payments, Plaintiff would issue a written notice of default via email. *Id*. ¶ 2(b). Defendants would then have 15 days to from the notice of default to cure. *Id*. Failure to timely cure would constitute a confession of judgment upon request to this Court, entitling Plaintiff to $40,000 less any amounts paid.

The settlement further provides "[t]he parties expressly consent that the Eastern District of New York shall retain jurisdiction . . . so that the Court has jurisdiction to enter judgment, in the

event of Defendants failure to adhere to the payment schedule by a breach and failure to cure as described below." *Id*. ¶ 2(a).

Defendants failed to abide by the terms of the settlement and have not made a single payment to date. *See* Letter Motion, ECF No 31. On August 27, 2024, Plaintiff served notice of default on Defendants. *See* ECF 31-2. Defendants failed to timely cure. Plaintiff now moves for judgment pursuant to the terms of the settlement. The motion is unopposed.

"[W]hen a district court 'so orders' a stipulated settlement, it does accept some obligations. The clearest obligation is a duty to enforce the stipulation that it has approved." *Geller v. Branic Int'l Realty Corp.*, 212 F.3d 734, 737 (2d Cir. 2000) (citing *Sanchez v. Maher*, 560 F.2d 1105, 1108 (2d Cir. 1977) ("The district court has not only the power, but the duty to enforce the stipulation which it had approved.")).

Accordingly, Plaintiff's motion is granted. Judgment is hereby entered against Defendants in favor of Plaintiff in accordance with Plaintiff's proposed judgment. *See infra*.

**SO ORDERED.**

/s/
_____
Steven Tiscione
United States Magistrate Judge
Eastern District of New York

Dated: Central Islip, New York
December 12, 2025

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CARMELO ARAGON,

                    Plaintiff,

-against-

FAROOQ A. SHAH, SYED A. RAHMAN, SULMAN SHAH, DISCOUNT VALLEY INC., and DVS TRADING INC.,

                    Defendants.

**JUDGMENT**
22-cv-7536 (ST)

**TISCIONE, United States Magistrate Judge:**

On the filing of the Affidavits of Confession of Judgment executed by each FAROOQ A. SHAH, SYED A. RAHMAN, SULMAN SHAH, DISCOUNT VALLEY INC and DVS TRADING INC, and upon the supporting documents;

NOW, on the motion of Plaintiff CARMELO ARAGON by his attorney Colin Mulholland, Esq., a Settlement Agreement having been submitted to this Court for Approval on July 10, 2024, and this Court having approved that Agreement on July 11, 2024, in the amount of $40,000.00 in the event of an uncured default having been duly executed by each of FAROOQ A. SHAH, SYED A. RAHMAN, SULMAN SHAH, DISCOUNT VALLEY INC and DVS TRADING INC ("Defendants") and said Defendants having failed to make the required payments under the Settlement Agreement entered into between the Defendants and Plaintiff, and upon the annexed motion of Colin Mulholland, Esq. in support of entry of judgment, it is hereby

**ADJUDGED** that Plaintiff Carmelo Aragon, who resides at 8358 251st Street Bellerose, NY 11426, does recover jointly and severally of each DISCOUNT VALLEY INC

located at 525 W Merrick Road Valley Steam, NY 11580, DVS TRADING INC located at 525 W Merrick Road Valley Steam, NY 11580, FAROOQ A. SHAH residing at 253-06 Hillside Ave Bellerose, NY 11426, SYED A. RAHMAN who resides at 8621 254th Street Fl2. Bellerose, NY 11426 and SULMAN SHAH who resides at 8303 242nd Street Bellerose, NY 11426; the sum of $40,000.00; plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a), and that the Plaintiff has execution therefor.

Judgment entered this __1 2__ day of December, 2025

/s/ _____

Steven Tiscione
United States Magistrate Judge
Eastern District of New York